IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

UZZIEL RIVERA RAMOS,

      Appellant,

v.
                                  Case No.  5D22-362
                                  LT Case No. 2020-CF-011560-A-O

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed September 27, 2022

Appeal from the Circuit Court
for Orange County,
Robert LeBlanc, Judge.

Matthew J. Metz, Public Defender, and Teresa
D. Sutton, Assistant Public Defender, Daytona
Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Rebecca Rock McGuigan, Assistant
Attorney General, Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.


SASSO, TRAVER and NARDELLA, JJ., concur.